IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH R. WELLS             PLAINTIFF

v.             Civil No. 4:21-cv-4052

WILLIAM O. MORRISS             DEFENDANT

## ORDER

The parties have jointly filed a Notice of Settlement and Motion for Dismissal (ECF No. 19) notifying the Court that they have resolved all issues in this case.  Upon consideration, the Court finds that the Motion for Dismissal (ECF No.19) should be and hereby is **GRANTED**.  The above styled cause is **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 23rd day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge